**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-2036**

VESTA R. HOUSE,

       Plaintiff - Appellant,

   v.

PMC PROPERTY GROUP; ROB Z; TEIGEN J. HALL,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Senior District Judge.  (1:21-cv-00949-CCB)

Submitted:  February 24, 2022          Decided:  February 28, 2022

Before GREGORY, Chief Judge, and NIEMEYER and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vesta R. House, Appellant Pro Se.  Kimberly Anne Manuelides, SAGAL, FILBERT, QUASNEY & BETTEN, P.A., Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vesta R. House appeals the district court's orders disposing of multiple motions in House's civil action, dismissing House's complaint after a 28 U.S.C. § 1915(e) review,[*] and denying House's Fed. R. Civ. P. 59(e) motion. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because House's informal brief does not challenge the basis for the district court's rulings, she has forfeited appellate review of the appealed-from orders. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). We therefore affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court dismissed House's complaint without prejudice, we have jurisdiction over this appeal. *See Bing v. Brivo Sys., LLC*, 959 F.3d 605, 614-15 (4th Cir. 2020), *cert. denied*, 141 S. Ct. 1376 (2021).